UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80561-CIV-DIMITROULEAS

DENIS VIRGUETTI and
TIFFANY VIRGUETTI,

    Plaintiff,

vs.

ANDRES MAURE-JUAREZ and
LAURENS M. WORKMAN, JR.,

    Defendant.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Defendant's August 21, 2025 Motion to Quash Service [DE 15], and the September 22, 2025 Report and Recommendation of United States Magistrate Judge Bruce E. Reinhart (the "Report") [DE 19]. The Court notes that no objections to the Report [DE 19] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 19] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 19] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 19] is hereby **ADOPTED** and **APPROVED**;

2. Defendant's Motion to Quash Service [DE 15] is **GRANTED;**

3. Plaintiff shall effectuate proper service on ANDRES MAURE-JUAREZ by November 4, 2025. Failure to do so will result in the dismissal of Defendant ANDRES MAURE-JUAREZ without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 7th day of October, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record
Magistrate Judge Hunt